# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 2:26-cv-02069-SHL-tmp |
| JOHN DOE, subscriber assigned IP Address 73.2.207.96, | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed January 23, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe (ECF No. 17), filed June 26, 2026, all Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 10, 2026
Date